Matter of Barbag v Salimi (2025 NY Slip Op 51419(U))

[*1]

Matter of Barbag v Salimi

2025 NY Slip Op 51419(U)

Decided on September 8, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 8, 2025
Supreme Court, Westchester County

In the Matter of the Application of David Barbag 
 for the Dissolution of 4Jacks Corporation and 4Jacks Equipment Corporation, Petitioner,

against
Sahba Salimi, 4Jacks Corporation, and 4Jacks Equipment Corporation, Respondents.

Index No. 66491/2024

Penn & Associates, LLP
Attorneys for Petitioner
450 Lexington Avenue, Box 4484
New York, New York 10163
Sahba Salimi

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Paper   
Number
Notice of Motion and Exhibits 1
Petitioner brings his motion seeking (A) a Final Order of Dissolution (1) confirming the report of Referee Robert C. Hertman, Esq. dated July 14, 2025; (2) dissolving 4JACKS CORPORATION and 4JACKS EQUIPMENT CORPORATION; (3) authorizing petitioner to pay all creditors and sell or transfer all assets of 4JACKS CORPORATION and 4JACKS EQUIPMENT CORPORATION; and (4) confirming that the value of corporate inventory that respondent Sahba Salimi took from the Corporate Respondents' storage facility exceeds the value of his equity in the Corporate Respondents such that he shall not receive additional payment upon dissolution in exchange for his equity in the Corporate Respondents; and an Order (B) permanently enjoining and restraining Respondent Sahba Salimi from (1) accessing bank accounts of 4JACKS CORPORATION and/or 4JACKS EQUIPMENT CORPORATION; (2) contacting or communicating with petitioner and/or his family or visiting his home; (3) contacting customers or suppliers of 4JACKS CORPORATION and/or 4JACKS EQUIPMENT [*2]CORPORATION; (4) spending funds of 4JACKS CORPORATION and/or 4JACKS EQUIPMENT CORPORATION; and (5) entering into any contract on behalf of either of the corporate respondents.
Despite proper service of the motion, the Court received no opposition from respondents. This is likely because there is no basis for opposition. The Report of the Referee was well-reasoned and based on the evidence presented to him by multiple witnesses, including two non-party CPAs. Mr. Salimi appeared at two of the three hearing days and participated in the hearing by questioning one of the witnesses and submitting documents to the Referee. The Court thus finds that the Report of the Referee should be confirmed.
As a result, the Court hereby orders that 4JACKS CORPORATION and 4JACKS EQUIPMENT CORPORATION are dissolved. Petitioner shall take all steps necessary to effectuate these dissolutions, including paying all creditors and selling or transferring all assets of 4JACKS CORPORATION and 4JACKS EQUIPMENT CORPORATION. Based on the Referee's Report, Mr. Salimi is entitled to no further compensation in exchange for his equity in the Corporate Respondents.
The Court also grants the motion to the extent of permanently enjoining and restraining Mr. Salimi from (1) accessing any bank accounts of 4JACKS CORPORATION and/or 4JACKS EQUIPMENT CORPORATION or entering into any contracts on their behalf; (2) contacting or communicating with petitioner and/or his family or visiting his home; and (3) contacting customers or suppliers of 4JACKS CORPORATION and/or 4JACKS EQUIPMENT CORPORATION.
The motion is thus granted in its entirety. Petitioner shall send a copy of this Decision and Order to respondents within two business days of receipt by overnight mail, at all last known addresses.
The foregoing constitutes the decision and order of the Court.
Dated: September 8, 2025
White Plains, New York
HON. LINDA S. JAMIESON, J.S.C.
Justice of the Supreme Court